1  **ALDRIDGE PITE, LLP**
   ecfcanb@aldridgepite.com
2  4375 Jutland Drive, Suite 200
   P.O. Box 17933
3  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
4  Facsimile: (619) 590-1385

5  Attorneys for Bank of America Mortgage

6

7

8

9

10              **UNITED STATES BANKRUPTCY COURT**

11       **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

12  | In re | Case No. 16-43542 |

13  JEFFREY WAZIR SHAIKH and TINA ANN      Chapter 13
    SHAIKH

14                                         **BANK OF AMERICA MORTGAGE'S**
           Debtors.                        **REQUEST FOR SPECIAL NOTICE**
15

16

17       **TO ALL INTERESTED PARTIES**:

18          **PLEASE TAKE NOTICE** that the firm of ALDRIDGE PITE, LLP, attorneys for Bank of

19  America Mortgage hereby requests special notice of all events relevant to the above-referenced

20  bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced

21  bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule

22  2002, the commencement of any adversary proceedings, the filing of any requests for hearing,

23  objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters

24  which must be noticed to creditors, creditors committees and parties-in-interest and other notices as

25  required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

26  referenced bankruptcy court.

27          ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master

28  Mailing List in this case, the following address be used:

Case 16-43542   Doc# 11   Filed: 01/05/17   Entered: 01/05/17 13:28:31   Page 1 of 3

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.      Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.      Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.      Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.      Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

ALDRIDGE PITE, LLP

Dated: January 4, 2017

*/s/ Arnold L. Graff*
Attorneys for Bank of America Mortgage

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** was served on January 5, 2017. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

**DEBTORS**

Jeffrey Wazir Shaikh
Tina Ann Shaikh
3312 Smokey Court
Antioch, CA 94531

**DEBTORS' ATTORNEY
(via electronic notice)**

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610
pat@patforte.com

**TRUSTEE
(via electronic notice)**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540
13trustee@oak13.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2017                          /s/ Jordan Stabile
                                                JORDAN STABILE

**REQUEST FOR SPECIAL NOTICE**